George N. Russo III, Esq.
The Russo Firm
NJ Attorney ID No. 116102014
48 Wilson Avenue
Newark, N.J. 07105
(973) 344-9120
gnrusso@cmrlaw.net
Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUCIANA PRATES,** | Civil Action No. 3:26-cv-05670-GC |
| Petitioner, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **JOSEPH EDLOW,** Director, U.S. Citizenship and Immigration Services; | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| **MARKWAYNE MULLIN,** Secretary, U.S. Department of Homeland Security; | |
| **TODD BLANCHE,** Acting Attorney General of the United States, | |
| Respondents. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Luciana Prates hereby voluntarily dismisses the above-captioned action without prejudice. Respondents have not served an answer or a motion for summary judgment.

Respectfully submitted,

/s/ George N. Russo III
George N. Russo III, Esq.
The Russo Firm
48 Wilson Avenue
Newark, N.J. 07105
(973) 344-9120
gnrusso@cmrlaw.net
Attorney for Petitioner

Dated: August 6, 2026

It is so ordered this 7th day
of August, 2026.

GEORGETTE CASTNER, U.S.D.J.